*E-Filed 9/23/10*

FAYEDINE COULTER, SBN 70505
THE LAW OFFICES OF FAYEDINE COULTER
1425 LEIMERT BLVD., STE. 306
OAKLAND, CA 94602
Telephone: (510) 482-6700
Fax: (510) 482 0888

Attorney for Plaintiff
Sabra G. Sizemore

ERIC D. HOUSSER, SBN 13009
TONISSA M. CHANEY, SBN 270597
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Fax: (949) 679-1112

Attorneys for Defendants,
OCWEN LOAN SERVICING, LLC, HSBC BANK, USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP., HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE4, ASSET BACKED PASS-THROUGH CERTIFICATES AND WESTERN PROGRESSIVE LLC

**UNITED STATES DISTRICT**
**NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION**

| | |
|---|---|
| Sabra G. Sizemore,<br><br>Plaintiff<br><br>vs.<br><br>HSBC Bank, USA, N.A., As Trustee on Behalf of Ace Securities Corp., Home Equity Loan Trust and for the Registered Holders of Ace Securities Corp., Home Equity Loan Trust, Series 2005-HE4, Asset Backed Pass-Through Certificates; HSBC Securities (USA), Inc.; Western Progressive LLC; Ocwen Loan Servicing, LLC; Ocwen Financial Services, Inc., Ocwen Financial Corporation; Right-Away Mortgage, Inc., and Does 1-1000, Inclusive<br><br>Defendants | **Case No.: 3-10-cv-03290-RS**<br><br>**STIPULATION OF THE PARTIES FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Reassigned to the Honorable Richard Seeborg |

Pursuant to Local Civil Rule 6-1, Plaintiff Sabra Sizemore and Defendants OCWEN LOAN SERVICING, LLC; HSBC BANK, USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP.HOME EQUITY LOAN TRUST, SERIES 2005-HE4, ASSET BACKED PASS-THROUGH CERIFICATES AND WESTERN PROGRESSIVE LLC hereby stipulate to the following:

WHEREAS the above- named defendants removed this case from the Superior Court of California, Alameda County on August 3, 2010;

WHEREAS the above-named defendants noticed a Motion to Dismiss and Request for Judicial Notice and a Motion to Strike Portions of Plaintiff's Complaint for October 6, 2010.

WHEREAS these defendants re-noticed the Motion to Dismiss and Motion to Strike for October 14, 2010 at 1:30 p.m. in Courtroom 3, United States Courthouse.

WHEREAS Plaintiff Sabra G. Sizemore noticed his Motion to Remand the case to the Superior Court of California, Alameda County on October 7, 2010.

WHEREAS, Richard Wieking, Clerk, continued Plaintiff's Motion for Remand to October 14 at 1:30 p.m. in Courtroom 3, United States Courthouse;

WHEREAS Plaintiff's attorney requested a four-day extension of time to respond to defendants' Motion to Dismiss and Motion to Strike and counsel for Defendants OCWEN LOAN SERVICING, LLC; HSBC BANK, USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP.HOME EQUITY LOAN TRUST, SERIES 2005-HE4, ASSET BACKED PASS-THROUGH CERIFICATES AND WESTERN PROGRESSIVE LLCagreed to the requested extension.

WHEREAS, pursuant to the stipulation of the parties, Plaintiff's deadline for

STIPULATION OF THE PARTIES FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE

| | |
|---|---|
| 1 | responding to the motions to dismiss and to strike would be extended from September 23, |
| 2 | 2010 to September 27, 2010; |
| 3 | WHEREAS Plaintiff has not previously sought or received any extension of time in |
| 4 | |
| 5 | this case; |
| 6 | WHEREAS the extension of time will not have any effect on the schedule for the case; |
| 7 | NOW, THEREFORE, Plaintiff and Defendants, by and through their respective |
| 8 | attorneys of record, stipulate that Plaintiff shall have until September 27, 2010 to file a |
| 9 | response in opposition to defendants' Motion to Dismiss and Motion to Strike. |

Dated: September 21, 2010             Respectfully submitted,

                                      LAW OFFICES OF
                                      FAYEDINE COULTER

                                      By: /s/ Fayedine Coulter

                                      Attorney for the Plaintiff


Dated: September 22, 2010             HOUSER & ALLISON
                                      A Professional Corporation

                                      _____
                                      Eric D. Houser
                                      Tonissa M. Chaney
                                      Attorneys for Defendants
                                      OCWEN LOAN SERVICING, LLC (erroneously
                                      also sued herein as OCWEN FINANCIAL
                                      SERVICES, INC. and OCWEN FINANCIAL
                                      CORPORATION); HSBC BANK, USA N.A., AS
                                      TRUSTEE ON BEHALF OF ACE SECURITIES
                                      CORP. HOME EQUITY LOAN TRUST AND
                                      FOR THE REGISTERED HOLDERS OF ACE
                                      SECURITIES CORP. HOME EQUITY LOAN
                                      TRUST, SERIES 2005-HE4, ASSET BACKED
                                      PASS-THROUGH CERTIFICATES (erroneously
                                      also sued herein as HSBC SECURITIES (USA),
                                      INC.); and WESTERN PROGRESSIVE LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   9/22/10

_____
Richard Seeborg, J.